**AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT**

I, Hunter C Meadows, Agent of the MEDWAY Drug Enforcement Agency, hereinafter referred to as the Affiant, being duly sworn, state that:

1. I am an investigative law enforcement officer of the United States within the meaning of Section 2510(7) of Title 18, United States Code, as an Agent with the MEDWAY Drug Enforcement Agency. As such, your Affiant is empowered to conduct investigations of and to make arrests for offenses enumerated in Title 18, United States Code, Section 2516.

2. I have been employed by the MEDWAY Drug Enforcement Agency in Wayne County, Ohio since October of 2023. Prior to my current assignment I was assigned as a Deputy Sheriff with the Wayne County Sheriff's Office in Ohio for two (2) years during which time I served as a patrolman.

3. As an Agent with the MEDWAY Drug Enforcement Agency, I have been involved in numerous drug trafficking investigations, surveillance, that resulted in seizures of narcotics and US currency, and drug raids involving the execution of search warrants.

4. The facts contained in this Affidavit are based upon my personal knowledge of the investigation, in addition to the knowledge, training, experience, and the observations of other law enforcement officers. All observations and information referenced below that were not personally made or learned by me were relayed to me by the persons who made such observations or learned such information, to include being provided information verbally or in written format.

5. This Affidavit contains information necessary to support probable cause for this application. This Affidavit is not intended to be a complete review of all topics discussed in interviews or conversations referenced herein. In addition, this Affidavit is not intended to include each and every fact and matter observed or known by me, other law enforcement officers, or the government.

6. For the majority of my employment with the MEDWAY Drug Enforcement Agency, I have been assigned responsibilities to investigate crimes involving narcotics, money laundering, violent crime,

fugitives, and general criminal matters. At all times during the investigation described in this affidavit, I have been acting in an official capacity as an Agent with the MEDWAY Drug Enforcement Agency.

7. I am submitting this affidavit in support of a Criminal Complaint and Arrest Warrant pursuant to the Federal Rules of Criminal Procedure, including Rules 3, 4 and 4.1.

## BACKGROUND

8. I am an investigator involved in a criminal investigation concerning TIMOTHY T BURGMAN, (DOB \*\*/\*\*/1977) AND SHAWN POULIOT, (DOB \*\*/\*\*/1974). I have reviewed local law enforcement reports, evidence of the described criminal act(s), spoken with other investigators regarding, and been directly involved in the investigation related to alleged violations of federal illegal narcotics laws by BURGMAN. I believe that there is probable cause to believe that on or about June 7, 2024, in the Northern District of Ohio, Eastern Division, BURGMAN and POULIOT: a. did knowingly possess with intent to distribute at least 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a schedule II controlled substance, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(viii). b. did knowingly possess with intent to distribute fentanyl, a schedule II-controlled substance in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C).

9. From April 24 to June 4, 2024, law enforcement was involved in an ongoing narcotics investigation concerning BURGMAN. Through the course of the investigation, law enforcement identified two residences where BURGMAN engaged in illicit activities to include narcotics trafficking those being, a residence on East Lincoln Way and a residence on West Market Street both in Orrville, in the Northern District of Ohio, Eastern Division. Through their investigation, Medway DEA confirmed that BURGMAN was in fact using both of the residences to distribute narcotics throughout Wayne County, Ohio. Law enforcement also learned through the investigation that BURGMAN was being sourced with illegal narcotics from Chicago, Illinois and Indianapolis, Indiana.

10. On June 6, 2024, law enforcement learned that BURGMAN would be making a trip to Indiana to be resupplied with narcotics. It was also learned that POULIOT would be driving BURGMAN and utilizing a Silver in color Chevrolet Trail Blazer bearing Ohio License Plate KGR 4303. Through the use of various law enforcement investigative techniques, the vehicle was identified as being in the Indianapolis, Indiana area before crossing the Indiana/Ohio state line at approximately 12:26 AM. Law enforcement located the vehicle as it entered into Ashland County, Ohio where surveillance was maintained until the vehicle entered into Wayne County, Ohio. During the surveillance, law enforcement observed multiple marked lanes violations resulting in a traffic stop conducted by the Ohio State Highway Patrol in the area of US 30 East and Madison Avenue in the City of Wooster, in the Northern District of Ohio, Eastern Division. During the course of the traffic stop, the driver was identified as POULIOT and the passenger was identified as BURGMAN. A state certified narcotics detection canine was deployed to conduct a free air sniff of the vehicle where it did alert to the odor of narcotics.[1] A probable cause search of the vehicle was conducted. Law enforcement recovered a fast food bag that contained a zip lock plastic bag with a white crystal-like substance and a knotted plastic bag containing a large sum of blue circular pills scored "M/30" in the rear passenger seat

11. The contents of the zip lock clear plastic bag was field tested using a MobileDetect Detectachem testing apparatus, and it tested positive for the presence of methamphetamine. The zip lock bag with the crystal-like substance inside was weighed on a digital scale and weighed out to be approximately 455 grams.

12. The contents of the knotted clear plastic bag was field tested using a MobileDetect Detectachem testing apparatus, and it tested positive for the presence of fentanyl. The knotted plastic with

---

[1] Canine DiaDem is a State of Ohio certified narcotic detection canine who is partnered with Agent N. Koch of the Medway Drug Enforcement Agency. DiaDem and Agent N. Koch have been state certified partners since June of 2022.

blue circular pills scored "M/30" inside was weighed on a digital scale and weighed out to be approximately 49 grams.

13. Based upon my training and experience these amounts of narcotics and combination of narcotics would be considered distribution amounts. The 455 grams of methamphetamine is approximately one pound. The approximate street value of this methamphetamine per ounce could range anywhere from $200.00-$300.00 US dollars in the Wayne County Ohio area. These prices vary based upon a multitude of factors, some of those factors would be; source of supply and/or purity of the methamphetamine.

14. Based upon my training and experience these amounts of narcotics and combination of narcotics would be considered distribution amounts. The 49 grams of fentanyl is approximately 1.75 ounces. The approximate street value of this fentanyl per pill could range anywhere from $10.00- $35.00 US dollars in the Wayne County Ohio area. These prices vary based upon a multitude of factors, some of those factors would be; source of supply and/or strength of the fentanyl.

15. Based upon the above listed facts and circumstances, I assert there is probable cause that:

A. On or about June 7, 2024, TIMOTHY T BURGMAN and SHAWN POULIOT did unlawfully, knowingly possess methamphetamine with the intent to distribute in violation of Title 21 U.S.C 841(a)(1) and (b)(1)(A).

B. On or about June 7, 2024, TIMOTHY T BURGMAN and SHAWN POULIOT did unlawfully, knowingly possess fentanyl with the intent to distribute in violation of Title 21 U.S.C 841(a)(1) and (b)(1)(C).

16. I respectfully request that a Criminal Complaint and Arrest Warrant be issued for TIMOTHY BURGMAN, (DOB \*\*/\*\*/1977) AND SHAWN POULIOT, (DOB \*\*/\*\*/1974) for the above reference violations.

_____
HUNTER C. MEADOWS
AGENT, MEDWAY Drug Enforcement Agency

SUBSCRIBED AND SWORN TO ME THIS 26th DAY OF JUNE,  2024 VIA TELEPHONE AFTER   SUBMISSION BY RELIABLE ELECTRONIC MEANS. FED. R. CRIM. P. 4.1 AND 41(d)(3).

_____
AMANDA M. KNAPP
U.S. MAGISTRATE JUDGE